UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SUPASTAR WARE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 4:25-cv-01262-SEP |
| MISSOURI DEPARTMENT OF CORRECTIONS, et al., | ) ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM AND ORDER

Before the Court is self-represented Plaintiff Supastar Ware's prisoner civil rights complaint. Plaintiff has not paid the $405 filing fee or filed a motion to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a). Plaintiff is ordered to pay the fee or file a motion to proceed *in forma pauperis* within fourteen (14) days of the date of this Order.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail Plaintiff an application to proceed in district court without prepayment of fees and costs.

**IT IS FURTHER ORDERED** that Plaintiff must either pay the $405 filing fee **or** submit his application to proceed in district court without prepayment of fees and costs within fourteen (14) days of the date of this Order.

**IT IS FINALLY ORDERED** that if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 2nd day of September, 2025.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE