# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| SUPASTAR WARE, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:25-cv-01262-SEP |
| MISSOURI DEPARTMENT OF CORRECTIONS, et al., | ) |
| Defendants. | ) |

### MEMORANDUM AND ORDER

This matter is before the Court on review of the file. On September 12, 2025, the Court found that Plaintiff had accumulated three strikes under 28 U.S.C. § 1915(g), denied a motion to proceed *in forma pauperis*, and ordered payment of the statutory filing fee within 30 days. *See* Doc. [8]. Plaintiff has not paid the filing fee, and therefore the Court dismisses this action for failure to comply with a Court order. *See* Fed. R. Civ. P. 41(b).

Plaintiff has submitted at least 20 filings to the Court since the September 12, 2025, Order. *See* Docs. [9]-[28]. Some of the filings could be understood as attempts to show imminent danger of serious physical injury, providing an exception to the three-strike rule. *See* 28 U.S.C. § 1915(g). But a prisoner seeking to file under § 1915(g)'s imminent danger exception "is only eligible to proceed IFP if he is in imminent danger *at the time of filing*." *Ashley v. Dilworth*, 147 F.3d 715, 717 (8th Cir. 1998) (emphasis in original); *see also Martin v. Shelton*, 319 F.3d 1048, 1050-51 (8th Cir. 2003) (imminent danger of serious physical injury must exist at time complaint or appeal is filed). Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** for failure to comply with a court order. *See* Fed. R. Civ. P. 41(b).

**IT IS FURTHER ORDERED** that all pending motions, Docs. [12], [17], and [28], are **DENIED** as moot.

An Order of Dismissal will accompany this Memorandum and Order.

Dated this 17th day of October, 2025.

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE